UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REBECCA LOVE, D.D.S. *et al.*, INDIVIDUALLY AND ON BEHALF OF A PROPOSED CLASS,<br><br>Plaintiffs,<br><br>v.<br><br>LLT MANAGEMENT LLC F/K/A LTL MANAGEMENT, LLC *et al.*,<br><br>Defendants. | Civil Action No. 24-6320 (MAS) (RLS)<br><br>**ORDER** |

This matter comes before the Court on a Motion for Temporary Restraining Order and Preliminary Injunction by Plaintiffs Rebecca Love, D.D.S., Sharon Murphy, William A. Henry, Alishia Gayle Davis, and Brandi Carl, individually and on behalf of a proposed class (collectively "Plaintiffs"), against LLT Management LLC F/K/A LTL Management, LLC, Johnson & Johnson, and others (collectively "Defendants"). (ECF No. 6.) Defendants opposed (ECF No. 16), and Plaintiffs replied (ECF No. 25). For the reasons stated in the accompanying Memorandum Opinion,

**IT IS** on this 28th day of June 2024, **ORDERED** that:

1. Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 6) is **DENIED**.

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**