# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| REBECCA LOVE, D.D.S., SHARON MURPHY, WILLIAM A. HENRY, ALISHIA GAYLE DAVIS, AND BRANDI CARL, INDIVIDUALLY AND ON BEHALF OF A PROPOSED CLASS, | Civil Action No. 3:24-cv-06320 |
| Plaintiff, | **JUDGE MICHAEL A. SHIPP** |
| v. | **JUDGE RUKHSANAH L. SINGH** |
| LLT MANAGEMENT LLC F/K/A LTL MANAGEMENT, LLC; JOHNSON & JOHNSON; JOHNSON & JOHNSON HOLDCO (NA) INC; JANSSEN PHARMACEUTICALS, INC; KENVUE INC.; J&J SERVICES, INC., et al., | |
| Defendants. | |

## SUBSTITUTION OF COUNSEL

Kindly withdraw the appearance of Susan M. Sharko, Faegre Drinker Biddle & Reath LLP, on behalf of Johnson & Johnson, Johnson & Johnson Holdco (NA) Inc., Kenvue, Inc., Janssen Pharmaceuticals, Inc., LLT Management LLC, f/k/a LTL Management LLC, and Johnson & Johnson Services, Inc., and substitute Jessica L. Brennan, Barnes & Thornburg LLP, as counsel in this matter.

Dated: April 9, 2025

| | |
|---|---|
| *Susan M. Sharko* | */s/ Jessica L. Brennan* |
| Susan M. Sharko | Jessica L. Brennan |
| **FAEGRE DRINKER BIDDLE & REATH LLP** | **BARNES & THORNBURG LLP** |
| 600 Campus Drive | 67 E. Park Place, Suite 1000 |
| Florham Park, New Jersey 07932-1047 | Morristown, New Jersey 07960 |
| Phone: (973) 549-7000 | Phone: (973) 775-6120 |
| susan.sharko@faegredrinker.com | jessica.brennan@btlaw.com |
| *Withdrawing Attorney* | *Superseding Attorney* |

## **CERTIFICATION OF SERVICE**

      I hereby certify that on April 9, 2025, a copy of the foregoing SUBSTITUTION OF COUNSEL was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                    */s/ Jessica L. Brennan*
                                                  Jessica L. Brennan
                                              **BARNES & THORNBURG LLP**
                                              67 E. Park Place, Suite 1000
                                              Morristown, New Jersey 07960
                                              Phone: (973) 775-6120
                                              **jessica.brennan@btlaw.com**