UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REBECCA LOVE, D.D.S., SHARON MURPHY, WILLIAM A. HENRY, ALISHIA GAYLE DAVIS, AND BRANDI CARL, INDIVIDUALLY AND ON BEHALF OF A PROPOSED CLASS,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>LLT MANAGEMENT LLC F/K/A LTL MANAGEMENT, LLC; JOHNSON & JOHNSON; JOHNSON & JOHNSON HOLDCO (NA) INC; JANSSEN PHARMACEUTICALS, INC.; KENVUE INC.; J&J SERVICES, INC.; ROBERT WUESTHOFF; RICHARD DICKINSON; MICHELLE GOODRIDGE; JOAQUIN DUATO; THIBAUT MONGON; JOSEPH WOLK; LAURA MCFALLS; DUANE VAN ARSDALE; AND JOHN DOES 1-100,<br><br>　　　　　　　Defendants. | Case No. 3:24-cv-06320-MAS-RLS |

**AMENDED CERTIFICATION OF P. LEIGH O'DELL**

I, P. Leigh O'Dell, of full age, hereby certifies and states:

1.　I am a principal with the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. I respectfully submit this amended certification in support of my admission *pro hac vice* to the United States District Court of New Jersey on behalf of Plaintiffs in the above captioned matter. I have personal knowledge of the facts set forth in this certification and could testify competently to them if called upon to do so.

2.　I have been admitted to practice and am a member in good standing before the following state and federal courts:

- United States Supreme Court (admitted 11/3/2008)

  United States Supreme Court
  Clerk, Supreme Court of the U. S.
  Admissions Office
  One First Street, NE
  Washington, DC 20543

- United States Court of Appeals for the 5th Circuit (admitted 10/27/2009)

  United States Court of Appeals for the 5th Circuit
  Lyle W. Cayce, Office Of the Clerk
  F. Edward Hebert Building
  600 S. Maestri Place
  New Orleans, LA 70130-3408

- United States Court of Appeals for the 11th Circuit (admitted 7/13/2016)

  United States Court of Appeals for the 11th Circuit
  David J. Smith, Clerk of Court
  56 Forsyth St., N.W.
  Atlanta, Georgia 30303

- United States District Court for the Southern District of Alabama (admitted 6/10/2021)

  United States District Court for the Southern District of Alabama
  Christopher L. Ekman, Clerk of Court
  155 St. Joseph Street
  Mobile, AL 36602

- United States District Court for the Northern District of Alabama (admitted 1/22/2015)

  United States District Court for the Northern District of Alabama
  Hugo L. Black, Clerk of Court
  United States Courthouse
  1729 5th Avenue North
  Birmingham, AL 35203

- United States District Court for the Middle District of Alabama (admitted 10/5/1994)

  United States District Court for the Middle District of Alabama
  Trey Granger, Clerk of Court
  P. O. Box 711

Montgomery, AL 36101

- United States District Court for the District of New Jersey (*pro hac* granted 7/9/2012)

  United States District Court for the District of New Jersey
  Attorney Admissions Office
  United States District Court Clarkson S. Fisher
  Federal Building and United States Courthouse
  Attn: Finance Department
  402 East State Street, Room 2020
  Trenton, NJ 08608

- United States District Court for the Southern District of California (*pro hac* granted 12/5/2011)

  United States District Court for the Southern District of California
  Clerk of the Court
  James M. Carter & Judith N. Keep U.S. Courthouse
  333 West Broadway
  Suite 420
  San Diego, CA 92101

- United States District Court for the Southern District of Texas (*pro hac* granted 10/17/2024)

  United States District Court for the Southern District of Texas
  U.S. District Court, Southern District of Texas
  Nathan, Ochsner, Clerk of Court
  ATTN: Attorney Admissions
  Bob Casey United States Courthouse
  515 Rusk Avenue
  Houston, TX 77002

- United States Court of Federal Claims (admitted 11/16/2010)

  United States Court of Federal Claims
  Lisa Reyes, Clerk of Court
  Howard T. Markey National Courts Building
  717 Madison Place, NW
  Washington, DC 20439

3. I am a member of and in good standing with the Bar of State of Alabama, 415 Dexter Avenue, Montgomery, Alabama 36104, since September 24, 1993. My bar license number

is ASB-5435-L70P.

4. I have never been subject to grievance proceedings or involuntary removal proceedings while a member of any state or federal court

5. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6. I have not been charged, arrested or convicted of a criminal offense or offenses.

7. I will immediately notify the court of any matters affecting my standings in any court of jurisdiction.

8. Counsel of record, with whom I will be working on this matter is Richard M. Golomb, Esquire, an attorney licensed to practice by the Supreme Court of New Jersey and a member of the bar of this Court.

9. Upon my admission pro hac vice, I will comply with all the requirements of and pay the fees required by Local Civil Rule 101.1(c) and New Jersey Court Rule 1:28-2(a).

10. I have read and am familiar with the Local Rules of the District of New Jersey and will comply with the standards of practice set out therein.

I hereby certify under the penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge.

Dated: January 8, 2026

P. Leigh O'Dell
AL Bar# ASB-5435-L70P
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, Alabama 36104
334-269-2343
leigh.odell@beasleyallen.com
Attorney for Plaintiffs

Subscribed to and sworn before Me this 8th day of January, 2026

Brandon Darrell Bunch
Notary Public, Alabama State at Large
My Commission Expires
08/17/2027

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, hereby certify that on the ___ day of January 2026, I caused a true and correct copy of the foregoing Motion for Pro Hac Vice to be filed and served via the Court's CM/ECF Filing system on all counsel of record.

Dated: January ___, 2026

_____
Richard M. Golomb