UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

REBECCA LOVE, D.D.S., *et al.*,
individually and on behalf of a proposed
class,

                Plaintiffs,

                v.

RED RIVER TALC, LLC f/k/a LLT
MANAGEMENT LLC f/k/a LTL
MANAGEMENT, LLC *et al.*,

                Defendants.

Civil Action No. 24-6320 (MAS) (RLS)

**ORDER**

This matter comes before the Court upon Defendants Red River Talc, LLC ("Red River"), Johnson & Johnson ("J&J"), Johnson & Johnson Holdco (NA), LLC, Janssen Pharmaceuticals, Inc. ("Janssen"), and Kenvue Inc.'s (collectively, "Defendants") Motion to Dismiss (ECF No. 88) Plaintiffs Rebecca Love, D.D.S., Sharon Murphy, William A. Henry, Alishia Gayle Davis, and Brandi Carl's (collectively, "Plaintiffs") Amended Complaint (ECF No. 65). Plaintiffs opposed (ECF No. 90), and Defendants replied (ECF No. 91). After careful consideration of the parties' submissions, the Court decides Defendants' Motion to Dismiss without oral argument pursuant to Local Civil Rule 78.1(b). For the reasons outlined in the accompanying Memorandum Opinion, and for other good cause shown,

**IT IS**, on this 29th day of January 2026, **ORDERED** as follows:

    1.    Defendants' Motion to Dismiss (ECF No. 88) is **GRANTED.**

    2.    Plaintiffs' Amended Complaint (ECF No. 65) is **DISMISSED WITHOUT PREJUDICE.**

    3.    The Clerk of the Court shall close this case.

4. Within thirty (30) days of entry of this Order, Plaintiffs may file an amended complaint to correct the deficiencies identified in the accompanying Memorandum Opinion, at which time the Clerk of Court shall reopen this matter.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE